# BOLHOUSE, HOFSTEE & MCLEAN, P.C.
## ATTORNEYS AT LAW
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE, S.W.
GRANDVILLE, MICHIGAN 49418

Richard L. Bolhouse
Mark D. Hofstee
Michelle M. McLean
Stephanie K. Tuttle
Christine L. Welton
Jake W. Lombardo
Victoria L. Smalley
Dennis J. Malecki

Jamie J. Vander Kolk
*Of Counsel*

Telephone (616) 531-7711
Facsimile (616) 531-7757

www.bolhouselaw.com

May 17, 2018

*Via E-Filing*

United States District Court
For the Western District of Michigan
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

**Re:** **SHEILA DINGER v BENZIE COUNTY; BENZIE COUNTY ANIMAL CONTROL; JAMIE CROEL; AND KYLE MAURER**
**Case No.:**
**Our File No.: 18-0175**

Dear Clerk:

Enclosed please find for filing Plaintiff's Civil Cover Sheet, Summons, Verified Complaint and Demand for a Jury Trial, and Proof of Service regarding the above-captioned matter. Thank you for your assistance in this regard. Should you have any questions or concerns, please do not hesitate to contact the office.

Very Truly Yours,

Emma M. Boulet
Legal Assistant to Jake W. Lombardo, Esq.

/emb
enclosures