UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SHEILA DINGER,

    Plaintiff,

v

BENZIE COUNTY; BENZIE COUNTY
ANIMAL CONTROL; JAMIE CROEL,
in her individual and official capacity
and KYLE MAURER, in his individual
and official capacity,

    Defendants.

Case No. 1:18-cv-00556-GJQ-PJG

HON. GORDON J. QUIST

---

| Michelle M. McLean (P71393) | Allan C. Vander Laan (P33893) |
|---|---|
| Jake W. Lombardo (P74416) | Cummings, McClorey, Davis & Acho |
| Bolhouse Hofstee & McLean PC | Attorneys for Defendants |
| Attorneys for Plaintiff | 2851 Charlevoix Dr., S.E. - Suite 327 |
| 3996 Chicago Dr SW | Grand Rapids MI  49546 |
| Grandville, MI 49418-1384 | 616-975-7470 |
| michellem@bolhouselaw.com | avanderlaan@cmda-law.com |
| jakel@bolhouselaw.com | |
| 616-531-7711 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, stipulate and agree to dismissal of Defendants from this action with prejudice and without costs, interest or attorney fees to any of the parties.

Dated:  December 19, 2018

    /s/  Michelle M. McLean with permission
    Michelle M. McLean (P71393)
    Attorney for Plaintiff


    /s/ Allan C. Vander Laan
    Allan C. Vander Laan (P33893)
    Attorney for Defendants

## **ORDER OF DISMISSAL**

At a session of said Court held on the 19th day of December, 2018.

PRESENT:   THE HONORABLE GORDON J. QUIST

Upon reading and filing of this stipulation, and the Court being fully advised in the premises:

IT IS ORDERED that Plaintiff's actions against Defendants are dismissed with prejudice and without costs, interest or attorney fees to either party.

This is a final Order and closes the case.

                                                                     /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                                  United States District Judge